IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN B. JAMES,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　Petitioner-Appellant,　　　　)
　　　　　　　　　　　　　　　　　)　Case No.: CV 421-167
vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　Appeal No.: 23-14169-A
UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　Respondent-Appellee.　　　　　)

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this ___1ST___ day of ___February___ 2024.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA