UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CALVIN B. JAMES, | ) | |
| Movant, | ) ) ) | |
| v. | ) ) | CV421-167 |
| UNITED STATES OF AMERICA, | ) ) ) | CR418-205 |
| Respondent. | ) | |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 56),[1] to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. Movant's Motion to Recuse the Honorable William T. Moore, Jr. from this case, which has been reassigned to the undersigned, (doc. no. 48), is DISMISSED as moot. (Doc. no. 54.) The Motion to Recuse Judge Moore remains pending in CR418-205. (See CR418-205, doc. no. 182.) The Clerk is DIRECTED to TERMINATE the Magistrate Judge's Report and Recommendation in CR418-205, as the recommendation is irrelevant to that case. (CR418-205, doc. no. 184.)

ORDER ENTERED at Augusta, Georgia, this 20th day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court cites to the docket in the civil case, CV421-167, unless otherwise indicated.