AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

        Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV421-167
CR418-205

UNITED STATES OF AMERICA,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered April 23, 2024, the Court adopts in part, as it's opinion, the Magistrate Judge's Report and Recommendation to which no objections have been filed. The Court additionally finds that Petitioner's newly asserted Grounds 1 and 8 are meritless and procedurally defaulted, respectively. Therefore, his Motion to Vacate is denied, and the Court denies Petitioner in forma pauperis status on appeal. This case stands closed.

4/23/2024
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020